UNITED STATES of America,
Plaintiff–Appellee,

v.

Kendell Lee STARKS, Defendant–
Appellant.

No. 08–11975
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 29, 2009.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Kendell Lee Starks in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Starks's conviction and sentence are **AFFIRMED.**